RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
Rslates2@rslateslaw.com

Attorneys for Plaintiff AVT – NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVT – NEW YORK, L.P., a Utah limited partnership,<br><br>                Plaintiff,<br><br>    v.<br><br>OLIVET UNIVERSITY, a California corporation,<br><br>                Defendant. | No. 2:20-mc-00038-KJM-CKD<br><br>**ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>**[Rule 4(c)(3), FRCP; Local Rule 4-2]**<br><br>**[NO HEARING REQUIRED]** |

Judgment Creditor, AVT - NEW YORK, L.P., a Utah limited partnership, pursuant to the provision of Rule 4(c)(3) of the Federal Rules of Civil Procedure and Rule 4-2 of the Local Rules of Practice of the United States District Court, hereby respectfully request that Ananada P. Bouganim, a registered California process server, Registration #514, or such other registered process server, who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the Writs and any other documents requiring service by the United States Marshal in the above case.

The U.S. Marshal's Office will remain the Levying Officer.

IT IS SO ORDERED.

DATED: March 19, 2020

                                                                     CHIEF UNITED STATES DISTRICT JUDGE